IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA

        vs.                             Criminal Action No.
                                      5:08-CR-298 (FJS)

JASON REED,

                    Defendant.

_____

JOHN M. KATKO, Asst. U.S. Attorney, for the Government

JOHN D. KINSELLA, ESQ., for the Defendant

<u>ORDER APPROVING WAIVER OF APPEARANCE FOR ARRAIGNMENT</u>

Defendant has been charged by indictment with knowingly possessing with intent to distribute cocaine base ("crack") in violation of 21 U.S.C. § 841(b)(1)(B) and 21 U.S.C § 846.  Defendant and defendant's counsel, John D. Kinsella, Esq., have completed a written waiver of arraignment form advising the court that Jason Reed wishes to waive his right to a formal arraignment on the pending indictment, pursuant to Rule 10 of the Federal Rules of Criminal Procedure, as amended.

Based upon the defendant's voluntary representations, as confirmed by his attorney, and the understanding that Mr. Kinsella has explained the consequences of the waiver of arraignment to his client, I accept his

waiver as knowing and voluntary.  Accordingly, it is hereby

ORDERED that the clerk is directed to enter a plea of not guilty to

Indictment No. 5:08-CR-298 (FJS), dated June 4, 2008, on behalf of the

defendant, Jason Reed, such plea to be docketed as having been entered

on the date of the signing of this order.


Dated: June 11, 2008

_____

Hon. Gustave J. DiBianco
U.S. Magistrate Judge